In the Fourth Court Of Appeals

Fourth Court Of Appeals District

San Antonio Texas Bexar County

Maryann Castro

v.

Manuel Castro



Re: Court Of Appeals Number: 04-14-00785-CV

Trial Court Case 2011 –CI-15957

## MOTION FOR APPELLEE MANUEL CASTRO TO PAY ARREARS IN MORTGAGE OWED UNPAID BALANCE AS OF august 26, 2014 42,411.76 an affidavit filed by BSI BANK TO BE PAID TO APPELLANT MARYANN CASTRO

To the Honorable Justices of the Fourth Court of Appeals:

Here Comes Appellant Maryann Castro pro-se in Appels Court

This Motion is filed in good intent to make with the Mortgage holder BSI Financial which was in default in Active Bankruptcy on 10/30/2013 this information was withheld from Appellant Maryann Castro that Appellee Manuel Castro was not paying the home mortgage and had put the Community that is in the Agreement for Final Divorce in Bankruptcy Court and Appellee Manuel Castro was not paying the Mortgage as required when her filed Bankruptcy on or About August 2012 and did not notify the Court Judge Canales or Appellant Maryann Castro on Oct 30,2013.

On Oct/9/2014 BSI issued a notice of default and intent to accelerate in the amount 73,967.02.

Appellant Prays that the Court will enforce order of repayment to be made to Appellant Maryann Castro so as to remain in good standing with the Mortgage BSI as Appellee Manuel Castro failed to do when he allowed Mortgage not to be

paid and allowed the Community to go into foreclosure on January 6,2015 and Appellant Maryann Castro has been the one holding on to the Community by preventing foreclosure and had to retain Attorney Matthew Orbremier to protect her home and homestead residence she resides at.

Appellee Manuel Castro and the non-spouse mistress Christina Pacheco attempted to conspire and commit fraud when a Comparative Market Analysis a realtors opinion was presented to the Court on Oct 30,2013 overvalued the Community and attempted to have Appellant Maryann Castro pay 40,000 when the value of the home is incorrect, Appellee Manuel Castro was in active bankruptcy on Oct 30,2013 and had not made one mortgage payment as required in his bankruptcy even involved a realtor who set up the fraud Comparative Market Analysis to try to collect 40,000 In fraud equity.

Refinancing was not able to due to the account Appellee Manuel Castro put in default and in active bankruptcy and removing Appellant Maryann Castro as contact person to check on status of home mortgage Appellee Manuel Castro allowed the nonspouse mistress Christina Pacheco to intervene in a home mortgage Appellant Maryann Castro has interest in and Appellee Manuel Castro did this to harm Appellant Maryann Castro and it do almost cost her the Home 1501 Olive st Jourdanton Texas in which Appellant Maryann Castro has remained to live in.

Appellant Maryann Castro prays for Justice

A) BSI Arrears as of Aug 26,2014 $42,411.76
B) Bsi arrears as of Oct 09,2014$73,967.02
C) Attorney Mathew Orbremier and BSI attorney email of the matter of home mortgage. Note shows unpaid principle is 220,897.02 value is 225,000 Certified appraisal not the Comparative Market Analysis realtors opinion as submitted by Counsel Joseph Appelt on Oct 30,2013 showing 351,375.00
D) Counsel Joseph Appelt conspired to commit fraud for his client Appellee Manuel Castro and did this to hurt Appellant Maryann Castro knowing she is disabled and his client was carrying on an extra martial affair and in

active bankruptcy and was not paying the home mortgage and kept this from the court Judge Canales and Appellant Maryann Castro to cause her financial hardship and stress that was extreme causing depression. Appellant Maryann Castro prays for justice

Respectfully
Ms. Maryann Castro Appellant pro-se     *Maryann Castro*
1501 Olive
Jourdanton Texas 78026
Pacattitude2014@gmail.com
830-496-0133
Filed 5/13/15     5/13/15



(A) + C

Not adjustabl its A fixed rate

See copy of Wells Fargo statement

4. Manuel G. Castro Jr and Mary Castro executed a Adjustable Rate Note dated March 07, 2006, in favor of Wells Fargo Bank, N.A. in the original principal sum of $191,250.00 (the "Note").

5. BSI FINANCIAL SERVICES, AS SERVICER FOR WELLS FARGO BANK, N.A. is the servicer of the loan and holds the Note.

6. The Note is secured by a Recorded Deed of Trust encumbering certain real property commonly known as 1501 OLIVE STREET, JOURDANTON, TX 78026.

7. The unpaid principal balance of this loan as of August 26, 2014 is $220,397.72.

8. The total post-petition arrearage due as of August 26, 2014 is $42,411.76. Please note that additional payments will come due after September 1, 2014. Attached hereto as Exhibit "A" is a summary of the Debtor's post-payment history, including default dates and amounts.

9. The sums set forth in this affidavit do not include any late charges, escrow advances, attorneys' fees, cost, or other fees and charges that might otherwise be included in the event that a payoff is requested or provided.

10. The Note, and Supplemental Riders, Amendments, Modifications, Deed of Trust, and Assignments, if any, are attached hereto as Exhibit "A" and are true and accurate copies of the originals.

Further Affiant Sayeth Not.

BY: _____
AFFIANT

Subscribed and sworn to before me this 29 day of August 2014, by
Leslie Elaine Johnson .

_____ Notary Public

State of Texas
My Commission expires: 3/1/18

Personally Known X OR
Produced Identification _____ .

Type of Identification Produced:
_____

LESLIE ELAINE JOHNSON
Notary Public, State of Texas
My Commission Expires
March 01, 2018



10/09/2014

MANUEL G CASTRO JR
1501 OLIVE ST
JOURDANTON, TX 78026-2220

Loan Number:        44675
Property Address:   1501 OLIVE STREET
                    JOURDANTON, TX 78026

## NOTICE OF DEFAULT AND INTENT TO ACCELERATE

Dear MANUEL G CASTRO JR:

This letter is formal notice by BSI Financial Services, Inc. (herein as "BSI") the Servicer of the above-referenced loan, on behalf of MLB SUB I, LLC that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay the amounts due.

The loan is due for 12/01/2011 and subsequent payments, plus late charges, fees and costs. As of today, the total delinquency and reinstatement amount is $73,967.02, which consists of the following:

| | |
|---|---|
| Next Payment Due Date | 12/01/2011 |
| Total Monthly Payments Due: | $66,367.76 |
| (35 @ $1,732.72) | |
| Late Charges | $4,204.26 |
| Other Fees: | $3,395.00 |
| Unapplied Balance: | ($0.00) |
| TOTAL YOU MUST PAY TO CURE DEFAULT: | $73,967.02 |

It is possible that after payment of the amounts detailed above there may be other fees still due and owing, including but not limited to other fees, escrow advances or corporate advances that BSI paid on your behalf or advanced to your account.

This letter is a formal demand to pay $73,967.02. If the default, together with additional payments that subsequently become due, is not cured by 11/13/2014, BSI will accelerate the note so that the entire debt is immediately due and payable, and take steps to terminate your ownership in the property by a foreclosure proceeding or other action to seize the property.

IF YOU ARE UNABLE TO BRING YOUR ACCOUNT CURRENT, BSI offers consumer assistance programs designed to help resolve delinquencies and avoid FORECLOSURE. These services are provided without cost to our customers. You may be eligible for a loan workout plan or other similar alternatives. If you would like to learn more about these programs, you may contact the Loss Mitigation Department at (800) 327-7861, Monday-Wednesday 8 am to 8 pm EST, Thursday 8 am to 6 pm EST, Friday 8 am to 5 pm EST, Saturday 8 am to 12 pm EST. WE ARE VERY INTERESTED IN ASSISTING YOU.

The default above can be cured by payment of the total delinquency and reinstatement amount plus any



2249840947

**From:** Matt Obermeier <Matt@osgclaw.com>
    **To:** Pacattitude06 <Pacattitude06@aol.com>
  **Subject:** FW: Property: 1501 OLIVE STREET, JOURDANTON, TX 78026 / Borrower: Mary Ann Castro / BMPC#9408-0016
     **Date:** Mon, Mar 9, 2015 8:29 pm
**Attachments:** Castro 44675 trial proposal.pdf (607K)

I'm not sure if you received my email or not. All I received in response was a different email address. In any event, attached is their offer. It's not good. It requires a $45,000.00 down payment, which I know is impossible. I'll talk to you about it soon.

All the best,

Matthew Obermeier | OSGC | 14255 Blanco Rd., San Antonio, TX 78216
P. 210-308-6600 | F. 210-308-6939 | C. 210-296-5828

**From:** Hooda, Sammy [mailto:Sammy.Hooda@BuckleyMadole.com]
**Sent:** Monday, March 9, 2015 10:09 AM
**To:** Matt Obermeier
**Cc:** McKenna, Susan
**Subject:** RE: Property: 1501 OLIVE STREET, JOURDANTON, TX 78026 / Borrower: Mary Ann Castro / BMPC#9408-0016

Matt,

Attached is the loan modification that my client can offer Ms. Castro. Please review the same with your client and advise on whether it will be accepted or rejected. Feel free to give me a call to discuss the matter, if needed.

Best Regards,

Sammy Hooda
Attorney at Law
Buckley Madole, P.C.
DD/E-Fax: 972-643-6608
Mobile: 214-213-0039
Sammy.Hooda@BuckleyMadole.com

**From:** Matt [mailto:Matt@osgclaw.com]
**Sent:** Monday, February 09, 2015 8:55 AM
**To:** Hooda, Sammy
**Subject:** Re: Property: 1501 OLIVE STREET, JOURDANTON, TX 78026 / Borrower: Mary Ann Castro / BMPC#9408-0016

Please call my cell. That number is 210-296-5828. Thank you.

Sent from my mobile. Please excuse my brevity, spelling, and punctuation.

On Feb 8, 2015, at 1:26 PM, Hooda, Sammy <Sammy.Hooda@BuckleyMadole.com> wrote:

Matt,

I have confirmed with my client and 1PM on Tuesday, February 10, 2015 will for a conference call. However, I may be out of the office and if so then attorney Mike Burns will be handling the call on my behalf. Please let me know if there are any special calling instructions, otherwise I will use the office phone number listed in your signature block.

Feel free to reach out if anything changes on your end. Thank you.

Best Regards,

Sammy Hooda
Attorney at Law
Buckley Madole, P.C.
DD/E-Fax: 972-643-6608
Mobile: 214-213-0039
Sammy.Hooda@BuckleyMadole.com

From: Matt [mailto:Matt@osgclaw.com]
Sent: Friday, February 06, 2015 8:58 AM
To: Hooda, Sammy
Subject: RE: Property: 1501 OLIVE STREET, JOURDANTON, TX 78026 / Borrower: Mary Ann Castro / BMPC#9408-0016

Will Tuesday at 1:00 work for a conference call?

Matthew Obermeier | OSGC | 14255 Blanco Rd., San Antonio, TX 78216
P. 210-308-6600 | F. 210-308-6939 | C. 210-296-5828

From: Hooda, Sammy [mailto:Sammy.Hooda@BuckleyMadole.com]
Sent: Wednesday, February 4, 2015 8:09 AM
To: Matt
Cc: McKenna, Susan
Subject: RE: Property: 1501 OLIVE STREET, JOURDANTON, TX 78026 / Borrower: Mary Ann Castro / BMPC#9408-0016

Matt,

I have spoken with my client regarding the referenced matter. My client is willing to consider Castro for a loan modification and has received a financial package that was submitted a few months ago. However, to ensure that the most update information is being reviewed, my client is requesting a conference call with you (and Castro) to review and answer some follow-up questions. Please let me know your availability next week to set-up a mutually agreeable date and time for the conference call.

I look forward to hearing from you soon to further the resolution of this matter. Thank you.

Best Regards,

Sammy Hooda
Attorney at Law
Buckley Madole, P.C.
14841 Dallas Parkway, Suite 425
Dallas, TX 75254
DD/E-Fax: 972-643-6608



# Seller's Statement
### Property At:

*Prepared For: Manuel Castro*
*1501 Olive*
*Jourdanton, TX 78026*

*Suggested Marketing Price:  $351,375*

# Comparative Market Analysis

### Property At:

*Prepared For:*
Manuel Castro
1501 Olive
Jourdanton, TX 78026





*Prepared By:*
Archie Marmolejo
All Season Realty





SERVING SOUTH TEXAS
All Season
Realty

Office Phone: (830) 281-5263
Direct Line: (210) 347-7330
Personal Fax Number: (210) 569-6211
Email: marmolejoarchie@aol.com

THIS IS A BROKER PRICE OPINION OR COMPARATIVE MARKET ANALYSIS AND SHOULD NOT BE CONSIDERED AN APPRAISAL. In making any decision that relies upon my work, you should know that I have not followed the guidelines for development of an appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.

C

TEXAS APPRAISER LICENSING AND CERTIFICATION BOARD

Be it known that

ANGELA ROSE OVERLEY

having fulfilled the minimum qualifications prescribed by this State,
is hereby authorized to practice real property appraisal in Texas as a

STATE CERTIFIED
RESIDENTIAL REAL ESTATE APPRAISER

Number: TX-1326255-R

Date of Issue: June 14, 2004

Date of Expiration: June 30, 2006

In Witness Thereof

*Wayne Thorburn*
Commissioner

## Subject Photo Page

| Borrower/Client | Castro, Manuel G. Jr. | | | | |
|---|---|---|---|---|---|
| Property Address | 1501 Olive St. | | | | |
| City | Jourdanton | County | Atascosa | State | TX | Zip Code | 78026 |
| Lender | Advantage Mortgage | | | | |



**Subject Front**

1501 Olive St.

| | |
|---|---|
| Sales Price | Refinance |
| Gross Living Area | 2,397 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | Good |
| View | Countryside |
| Site | 9.45 Acres |
| Quality | Average |
| Age | 0 |

Already Submitted in Appellants Brief

**Subject Rear**

**Subject Street**

Form PIC3x5.SR — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE



Published on Feb 17, 2014

By: Yami VirginCandidate running for judge caught red handed using box cutters to tear up opponents signs. Joe Appelt, running for the 45th District Court, was caught on video early Sunday morning cutting Stephani Walsh's signs. In an interview with Fox San Antonio Appelt said this is a sign dispute between candidates and I did something I shouldn't have. Walsh says her husband and brother, both retired SAPD officers, set up deer cameras to catch who was trashing her signs. To their surprise the first night they captured video of a female child trashing the signs as a toddler watched from the backseat of a car being driven by someone else. The second night it was a man in a hoodie who appears to be tearing up the signs. The third night you can see in the video Appelt taking box cutters and cutting the signs. Walsh says she will leave it up to Bexar county voters to decide if this is the type of behavior they expect from a judge. You can follow Yami Virgin on Twitter @yvirginor like on Facebook at Yami Virgin

Category

o News & Politics

Counsel Joseph Appelt
Carrys himself unprofessional
Abuses the law
Counsel misconduct.